SOPHIE TRUST et al., Appellants, *v.* CITY OF NEW YORK, Respondent.

Argued January 30, 1941; decided February 27, 1941.

*Gordon I. Novod* and *Moses Z. Yam* for appellants.

*William C. Chanler, Corporation Counsel (Stanley Buchsbaum* and *Arthur H. Goldberg* of counsel), for respondent.

Judgment affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS and DESMOND, JJ. Taking no part: CONWAY, J.